## CARO BROS. *v.* O. & C. R. R. Co.

PROCESS—SUBSTITUTED SERVICE—WHAT RETURNS MUST SHOW.—Substituted service of process on a corporation must show the facts which confer jurisdiction.

APPEAL from Douglas County.

*B. F. Bonham,* for appellant.

*Joseph Simon,* for respondent.

Service upon the clerk or agent of a corporation, under subdivision one of section fifty-four, session laws, 1876, is a substituted service, and the return of service must state the facts which authorize such substituted service. Therefore, where a service on the agent of a corporation in Douglas county, whose place of business was in Multnomah, a return of service as follows:

STATE OF OREGON, } *ss.*
    COUNTY OF DOUGLAS, }

I hereby certify that I served the within summons within said county, this 15th day of September, 1882, on the within named Oregon and California Railroad Company, by delivering a true copy thereof to F. H. Reed, paymaster, an agent of said company, together with a copy of the complaint, certified to by the clerk of said county to be a true and correct copy of the original and the whole thereof.

> J. S. PURDOM,
> Sheriff of Douglas county,

Is insufficient to give the court jurisdiction of the person of the corporation. (*Detroit Fire Ins. Co.* v. *Judge, etc.,* 23 Mich., 492; *Oxford Iron Co.* v. *Spradly,* 42 Ala., 24; *Talledyn Ins. Co.* v. *McCullough, id.,* 667; *The Southern Ex. Co.* v. *Hunt,* 54 Miss., 664.)